Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Progressive Properties United, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 4:24-cv-04148-SLD |
| | ) |
| **United States Liability Insurance Company,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Progressive Properties United, LLC's action against United States Liability Insurance Company is DISMISSED without prejudice for failure to serve.

**Dated: 01/10/2025**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court